UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUSAN JEAN RICHMOND,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>          Defendant. | No.  CV-12-0209-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION TO REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C.<br>405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand of the above-captioned matter to the Commissioner for additional administrative proceedings.  ECF No. 18.  Attorney Rebecca Coufal represents Plaintiff Susan Richmond; Special Assistant United States Attorney Franco Becia represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 6.  After considering the stipulation of the parties,

**IT IS ORDERED:**

1.  The parties' stipulated Motion to Remand, **ECF No. 18,** is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) shall further develop the record, conduct a new hearing, and issue a new decision.  The ALJ shall obtain recent mental health treatment records from all treating sources and re-evaluate the medical opinions of record;

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

1  reassess Plaintiff's credibility; re-evaluate the State agency
2  psychological consultant's opinion; re-evaluate Plaintiff's residual
3  functional capacity; and continue the five step sequential
4  evaluation process.
5      2.   Judgment shall be entered for the **PLAINTIFF**.
6      3.   Plaintiff's Motion for Summary Judgment, **ECF No. 15,** is
7  stricken as moot.
8      4.   An application for attorney fees may be filed by separate
9  motion.
10     The District Court Executive is directed to enter this Order,
11  forward copies to counsel, and thereafter shall close this file.
12     DATED October 4, 2012.

14                    S/ CYNTHIA IMBROGNO
                  UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2