# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

SUSAN JEAN RICHMOND, )
    Plaintiff, )
    v. ) NO. CV-12-209-CI
MICHAEL J. ASTRUE, ) **JUDGMENT IN A CIVIL CASE**
Commissioner of Social Security, )
    Defendant. )

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff.

DATED: October 4, 2012

                                                     JAMES R. LARSEN
                                                     District Court Executive/Clerk

                                                     s/ L. Stejskal
                                                     Deputy Clerk